AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| Jesse Kennedy | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.  2:19-cv-10458-DPH-RSW |
| Arbor Professional Solutins, Inc. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Jesse Kennedy                                                                                           .

Date:   05/20/2019                                                  /s/ Stephen A. Thomas
                                                                          *Attorney's signature*

                                                              Stephen A. Thomas (P43260)
                                                              *Printed name and bar number*
                                                              645 Griswold St., Ste. 1360, Detroit, MI 48226


                                                                         *Address*

                                                              STHOMAS@313965BANK.COM
                                                                      *E-mail address*

                                                                    (313) 965-2265
                                                                   *Telephone number*

                                                                    (313) 962-8695
                                                                      *FAX number*