UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Jesse Kennedy,

                Plaintiff(s),

v.                                           Case No. 2:19−cv−10458−DPH−RSW
                                                   Hon. Denise Page Hood

Arbor Professional Solutions, Inc.,

                Defendant(s),

## NOTICE TO APPEAR

You are hereby notified to appear before District Judge Denise Page Hood at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 219, Detroit, Michigan, for the following proceeding(s):

- SCHEDULING CONFERENCE:  July 29, 2019 at 10:15 AM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                    By: s/L. Saulsberry
                                                        Case Manager

Dated:  June 14, 2019