**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

Jesse Kennedy,

    Plaintiff(s),

v.

Arbor Professional Solutions, Inc.,

    Defendant(s).
_____/

CIVIL ACTION NO.: 19-10458

HON. DENISE PAGE HOOD

## SCHEDULING ORDER

This case, having come before the Court pursuant to Rule 16(b)(1)(A) of the Federal Rules of Civil Procedure or Rule 16(b)(1)(B) status conference, the Court **ORDERS** the following schedule controlling the progress of this case:

**Initial Disclosures** must be exchanged by:  9/5/19

**Amendments to Pleadings or Joinder of Parties**
    must be filed by:

**Initial Witness List** must be exchanged by:  12/19/19

**Discovery** must be completed by:  2/20/2020

**Alternative Dispute Resolution** referrals may be ordered under Local Rules 16.3 to 16.7. The parties may contact the Court *no later than the discovery deadline* for referral under any of the ADR procedures. The Scheduling Order continues to govern the case during the ADR process. See Local Rule 16.3(g).

**Referrals to the Magistrate Judge: to be conducted during the month of January 2020**

**Motions** (except trial motions in limine) must be filed by:  3/19/2020

Motion practice is governed by Local Rule 7.1 and Appendix CM/ECF.

**Final Pretrial Conference:**

1) A proposed *Joint* **Final Pretrial Order (governed by Local Rule 16.2)** must be submitted by and trial motions in limine must be filed by:  6/15/2020

2) The **final pretrial conference** is set for:  6/22/2020 at 2:30 p.m.

3) Your client(s) or representative with full settlement authority **must** be present at the above conference.

**Trial** (Jury x  or Bench ___) is set for:  7/14/2020 at 9:00 a.m.
No. of Days:  2

1) The parties must exchange exhibits listed in the JFPTO prior to trial.  Exhibits and witnesses not listed in the JFPTO will not be presented at trial.
2) The parties must confer on proposed jury instructions prior to trial and submit one joint agreed to jury instructions on the first day of trial.

**Other Requirements**:
1) The Local Rules/Appendix ECF (**www.mied.uscourts.gov** or the Clerk's Office for pro se litigants) and Federal Rules of Civil Procedures govern.
2) Submissions of proposed Orders are governed by Local Rules 5.2, 58.1 and Appendix CM/ECF.
3) A schedule may be modified only for good cause by leave of Court either through a Stipulation and Order submitted by the parties or, if no concurrence, by Motion.  Fed. R. Civ. P. 16(b)(4); Local Rule 40.2.

**Additional Matters:**  _____

                                                s/Denise Page Hood
                                                DENISE PAGE HOOD
Dated: August 21, 2019            UNITED STATES DISTRICT JUDGE