UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Jesse Kennedy,

                Plaintiff(s),

v.                                         Case No. 2:19−cv−10458−DPH−RSW
                                           Hon. Denise Page Hood

Arbor Professional Solutions,
Inc., et al.,

                Defendant(s),

## ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

**IT IS ORDERED** that this matter is referred to U.S. Magistrate Judge Whalen pursuant to 28 U.S.C. § 636(b)(3), for the following purpose(s):

- **Conduct settlement conference**

                                           s/Denise Page Hood
                                           Denise Page Hood
                                           United States District Judge

### Certificate of Service

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                           s/L. Saulsberry
                                           Case Manager

Dated:  August 21, 2019