UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
Case No. 2:19-cv-10458-DPH-RSW

JESSE KENNEDY,

    Plaintiff,                                HON. DENISE PAGE HOOD

v.

ARBOR PROFESSIONAL SOLUTIONS, INC.,

    Defendants.
_____/

NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE JESSE KENNEDY ("Plaintiff"), hereby notifies the Court that the Plaintiff and all Defendants, have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal. The Parties anticipate this process to take no more than 60 days and request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement. The Parties propose to file a stipulated dismissal with prejudice within 60 days of submission of this Notice of Settlement and pray the Court to stay all proceedings until that time.

Respectfully submitted this 28th day of August 2019.

/s/ Stephen A. Thomas
STEPHEN A. THOMAS (P43260)
Attorney for Plaintiff
645 Griswold St., Suite 1360
Detroit, Michigan  48226
313-965-2265
sthomas@313965bank.com

## CERTIFICATE OF SERVICE

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will be sent to all attorneys of record.

/s/ Stephen A. Thomas
STEPHEN A. THOMAS (P43260)
Attorney for Plaintiff
