UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
Case No. 2:19-cv-10458-DPH-RSW

JESSE KENNEDY,

    Plaintiff,               HON. DENISE PAGE HOOD

v.

ARBOR PROFESSIONAL SOLUTIONS, INC

    Defendants.

_____/

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW Plaintiff JESSE KENNEDY ("Plaintiff"), Defendants ARBOR PROFESSIONAL SOLUTIONS, INC ("Arbor") and City of Southfield ("Southfield"), by and through their undersigned counsel, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and hereby stipulate to the dismissal, with prejudice, of each claim and count asserted by Plaintiff against Defendants in this matter, with each party to bear its own fees, costs and expenses.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: November 14, 2019 | /s/ *Stephen A. Thomas* <br> STEPHEN A. THOMAS (P43260) <br> Attorney for Plaintiff Kennedy <br> 645 Griswold St., Suite 1360 <br> Detroit, Michigan  48226 <br> 313-965-2265 <br> sthomas@313965bank.com |
|  | /s/ *Jeffrey D. Koelzer* w/consent <br> Jeffrey D. Koelzer (P78602) <br> Attorney for Defendant Arbor <br> Bridgewater Place <br> P.O. Box 352 <br> Grand Rapids, MI 49501-0352 <br> (616) 336-6000 <br> jdkoelzer@varnumlaw.com |
|  | /s/ *Dawn M. King* w/consent <br> Dawn M. King (P58143) <br> Deputy City Attorney <br> Attorney for Defendant Southfield <br> 26000 Evergreen Road <br> Southfield, MI  48076 <br> (248) 796-5786 <br> dking@cityofsouthfield.com |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
Case No. 2:19-cv-10458-DPH-RSW

JESSE KENNEDY,

      Plaintiff,                         HON. DENISE PAGE HOOD

v.

ARBOR PROFESSIONAL SOLUTIONS, INC

      Defendants.
_____/

## STIPULATED ORDER OF DISMISSAL

Upon consideration of the parties' Stipulation of Dismissal With Prejudice as to All Claims Asserted Against Defendant Oliphant, the Court hereby **ORDERS, ADJUDGES** and **DECREES** that Plaintiff JESSE KENNEDY'S claims against Defendants in the above-styled matter are dismissed with prejudice, with each party to bear its own costs, expenses and fees.

    **IT IS SO ORDERED.**

Dated: November 26, 2019                      s/Denise Page Hood
                                                                DENISE PAGE HOOD
                                                                 United States District Judge